# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JEFF MOFIELD** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No.:** _____ |
| ) | |
| **RICH PRODUCTS CORPORATION** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF REMOVAL

## TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Defendant Rich Products Corporation hereby files this Notice of Removal under Federal Rule of Civil Procedure 81(c) and pursuant to 28 U.S.C. §§1446(a) and (b), and 28 U.S.C. §1332 and states the following:

### INTRODUCTION

1. Plaintiff, Jeff Mofield, filed suit in the Circuit Court for Sumner County, Tennessee on December 9, 2015 and Defendant was served with notice of this suit on December 17, 2015 (Collective Exhibit A and Exhibit B). Defendant timely filed this Notice of Removal within the thirty-day time period required by 28 U.S.C. §1446(b).

{04462072.DOCX}                                     1

Case 3:16-cv-00033    Document 1    Filed 01/14/16    Page 1 of 4 PageID #: 1

## NATURE OF THE SUIT

2.     In Plaintiff's original Complaint, filed in the Circuit Court for Sumner County, Tennessee on December 9, 2015 and styled *Jeff Mofield v. Rich Products Corporation,* Case No. 83cc1-2015-cv-1361(Collective Exhibit A), Plaintiff asserted a claim for violation of the Tennessee Public Protection Act ("TPPA"), Tenn. Code Ann. §50-1-304 as well as a claim for common law retaliatory discharge under Tennessee law claiming that he was terminated for allegedly reporting an alleged leakage of chemicals into a creek (Collective Exhibit A, Complaint at ¶¶16-22).

## BASIS FOR REMOVAL

3.     Removal is proper because there is complete diversity of citizenship between the parties. Plaintiff is a citizen of the State of Tennessee (Collective Exhibit A, Complaint, at ¶1) while Defendant is a Delaware corporation and has its principal place of business in the State of New York (Exhibit C, Declaration of Jill Bond at ¶3). In his Complaint, Plaintiff claims that he has suffered both economic and noneconomic damages due to the alleged acts of the Defendant which includes an alleged retaliatory demotion four months prior to his alleged termination and an alleged retaliatory termination which occurred twelve months prior to the filing of his Complaint (Collective Exhibit A, at p. 1 and ¶¶12, 14, 19). Specifically, in paragraph 24 of his Complaint, Plaintiff seeks to recover, among other things, loss of income including front-pay and back-pay; loss of benefits including health insurance; physical and emotional pain and suffering; loss of enjoyment of life; punitive damages; treble damages; incidental damages, attorneys' fees and discretionary costs (Collective Exhibit A, at ¶24). Therefore, removal is proper because the amount in controversy in this cause of action exceeds $75,000.00, exclusive of interest and costs

{04462072.DOCX}                                        2

*See Dart Cherokee Basin Operating Co., LLC v. Owens,* 135 S. Ct. 547 (U.S. 2014).

4.    This Notice of Removal will be filed with the Circuit Court for Sumner County, Tennessee.

5.    Consequently, Defendant requests that this Court assume jurisdiction of this case pursuant to 28 U.S.C. §§1441, 1446 and 28 U.S.C. §1332.

6.    Defendant has attached to this Notice, all pleadings, process, orders and all other filings in the state court action as required by 28 U.S.C. §1446(a) (Collective Exhibit A).

Respectfully submitted,

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

By:    /s/ J. Gregory Grisham
       J. GREGORY GRISHAM, No. 13810
       Kenneth D. Veit, No. 023071
       414 Union Street, Suite 1900
       Nashville, Tennessee 37219
       (615) 255-7722
       greg.grisham@leitnerfirm.com
       kenny.veit @leitnerfirm.com

Attorneys for Defendant Rich Products Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January 2016, a copy of the foregoing electronically filed instrument was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Andy L. Allman
ALLMAN & ASSOCIATES
131 Saundersville Road, Suite 110
Hendersonville, Tennessee 37075
Counsel for Plaintiff

/s/ J. Gregory Grisham
J. GREGORY GRISHAM

{04462072.DOCX}                              4